IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr200

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ALEXANDER WOODARD, JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand by the United States Court of Appeals for the Fourth Circuit. (Doc. No. 33).

The appellate court has directed the vacatur of criminal proceedings <u>ab initio</u>, as abated by the defendant's death.

**IT IS, THEREFORE, ORDERED** that this matter is dismissed with prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 3, 2008

Robert J. Conrad, Jr.
Chief United States District Judge